825 A.2d 1251

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Steven HUTCHINSON, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 3, 2002.

Decided June 17, 2003.

Robin S. Forrest, John Packel, Philadelphia, for Steven Hutchinson.

Catherine Lynn marshall, for Com.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of June, 2003 the appeal is dismissed as having been improvidently granted.